**Order entered September 9, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00755-CV

## ROBERT FOUSE, Appellant

## V.

## REGIONAL ADJUSTMENT BUREAU, INC. N/K/A RAB, INC., Appellee

### On Appeal from the 471st Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 471-04013-2021

## ORDER

Before the Court is court reporter Denise Carrillo's September 9, 2021 request for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the record be filed no later than September 20, 2021.

/s/    CRAIG SMITH
       JUSTICE